NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER ALAN FINGER,**
*Petitioner,*

v.

**DEPARTMENT OF THE INTERIOR,**
*Respondent.*

---

2011-3217

---

Petition for review of the Merit Systems Protection Board in case no. AT3330110522-I-1.

---

## ON MOTION

---

Before SCHALL, *Circuit Judge.*

## ORDER

Christopher Alan Finger moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__OCT 2 0 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Christopher Alan Finger
    Katy M. Bartelma, Esq.

.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 0 2011

JAN HORBALY
-CLERK